Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Tel.: (702) 727-1400
Attorneys for Defendant
Samsung Electronics America, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lancaster, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS, CO. LTD. DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00794-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND
SCHEDULING ORDER DEADLINES [ECF NO. 13]
(First Request to Extend Scheduling Order Deadlines)**

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, 26-1, and 26-3, plaintiff Robert Lancaster and defendant Samsung Electronics America, Inc. hereby stipulate and agree to a 30-day extension of the deadlines set forth in the scheduling order (ECF No. 13). This is the first stipulation extend such deadlines. The extension is necessary to accommodate the experts' limited availability in preparing a report for disclosure by the deadlines set forth in the scheduling order.

. . .

. . .

. . .

1

253856676v.1

A. **Discovery Completed to Date**

The parties held the Rule 26(f) conference on March 4, 2021 and submitted the stipulated discovery plan and proposed scheduling order on March 12, 2021. This Court approved the discovery plan on March 12, 2021. Since then, the parties completed the following discovery:

1. Plaintiff has served his initial disclosures, including supplements.
2. Defendant has served its initial disclosures, including supplement.
3. Defendant has served its first set of interrogatories and requests for production to Plaintiff.
4. Plaintiff has served his responses to Defendant's first set of interrogatories and requests for production.
5. Defendant has completed an inspection of the phone and battery at issue in this case.
6. Defendant has taken Plaintiff's deposition.

B. **DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties expect that they may need to conduct some or all of the following discovery if they are unable to reach a mutually agreeable settlement:

1. Possible follow-up written discovery;
2. Service of expert disclosures;
3. Documents subpoena to third-parties; and
4. Deposition of parties, third-parties, and experts.

C. **REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS**

The extension is necessary to allow the parties' experts additional time to prepare a report for disclosure. For example, Plaintiff's deposition took place on March 25, 2021, and the transcript of his deposition was recently made available. Defendant's expert indicated that he would need more

time than May 20, 2021 to review the information obtained during discovery, including Plaintiff's deposition transcript, and complete his report. Because the current deadlines do not allow the parties to serve their expert disclosures in time, an extension of the deadlines is warranted.

D.   PROPOSED DISCOVERY SCHEDULE

Pursuant to LR 26-4, the parties propose to extend the following deadlines by 30 days:

|  | **Original Deadline** | **Proposed Extended Deadline** |
|---|---|---|
| Discovery Cut-Off Date | July 19, 2021 | August 18, 2021 |
| Amending Pleadings or Adding Parties | April 20, 2021 | May 20, 2021 |
| Rule 26(a)(2) Initial Disclosures | May 20, 2021 | June 18, 2021 |
| Rule 26(a)(2) Rebuttal Disclosures | June 18, 2021 or 30 days after the initial disclosure of experts | July 16, 2021 or 30 days after the initial disclosure of experts |
| Dispositive Motions | August 18, 2021 | September 17, 2021 |
| Pre-Trial Order | August 18, 2021 | October 18, 2021 or 30 days after the decision on any dispositive motions (whichever is later) |

Dated: May 11, 2021                                           Dated: May 11, 2021

HICKS & BRAISER, PLLC                           WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/Steven M. Rogers                                            /s/I-Che Lai
Steven M. Rogers                                                Karen L. Bashor
Nevada Bar No. 10975                                        Nevada Bar No. 11913
2630 South Jones Boulevard                              I-Che Lai
Las Vegas, NV 89146                                          Nevada Bar No. 12247
*Attorneys for Plaintiff*                                        6689 Las Vegas Blvd. South, Suite 200
                                                                          Las Vegas, Nevada 89119
                                                                          *Attorneys for Defendant*
                                                                          *Samsung Electronics America, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 11, 2021

3

253856676v.1