Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Tel.: (702) 727-1400
Attorneys for Defendant
Samsung Electronics America, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lancaster, individually, | Case No. 2:20-cv-00794-GMN-EJY |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS, CO. LTD. DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND
SCHEDULING ORDER DEADLINES [ECF NOS. 13, 16]**
**(Second Request to Extend Pre-Trial Deadlines)**

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, 26-1, and 26-3, plaintiff Robert Lancaster and defendant Samsung Electronics America, Inc. hereby stipulate and agree to extend the Rule 26(a)(2) Rebuttal Disclosures deadline to August 2, 2021. This is the second stipulation to extend this deadline. (*See* ECF Nos. 13, 16.) The extension is necessary to accommodate the experts' limited availability in preparing a rebuttal report for disclosure by the deadlines set forth in the controlling scheduling order.

. . .

. . .

1

A.  **Discovery Completed to Date**

The parties held the Rule 26(f) conference on March 4, 2021 and submitted the stipulated discovery plan and proposed scheduling order on March 12, 2021. This Court approved the discovery plan on March 12, 2021. Since then, the parties completed the following discovery:

1. Plaintiff has served his initial disclosures, including supplements.
2. Defendant has served its initial disclosures, including supplement.
3. Defendant has served its first set of interrogatories and requests for production to Plaintiff.
4. Plaintiff has served his responses to Defendant's first set of interrogatories and requests for production.
5. Defendant has completed an inspection of the phone and battery at issue in this case.
6. Defendant has taken Plaintiff's deposition.
7. Plaintiff has served his Rule 26(a)(2) Initial Disclosures.
8. Defendant has served its Rule 26(a)(2) Initial Disclosures.

B.  **DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties expect that they may need to conduct some or all of the following discovery if they are unable to reach a mutually agreeable settlement:

1. Possible follow-up written discovery;
2. Service of rebuttal expert disclosures;
3. Documents subpoena to third-parties; and
4. Deposition of parties, third-parties, and experts.

. . .

. . .

. . .

256053149v.1

## C. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS

The extension is necessary to allow the parties' experts additional time to prepare a rebuttal report for disclosure. For example, Defendant's expert has limited availability close to the July 4, 2021 holidays and has indicated he needs a few additional weeks to review Plaintiff's expert report and complete his rebuttal report. Because the current deadlines do not allow the parties to serve their rebuttal expert disclosures in time, an extension of the deadlines is warranted. The mutual benefit of the short extension applies to all parties.

## D. PROPOSED DISCOVERY SCHEDULE

Pursuant to LR 26-4, the parties propose to extend the Rule 26(a)(2) Rebuttal Disclosures to August 2, 2021:

|  | Original Deadline | Proposed Extended Deadline |
| --- | --- | --- |
| Discovery Cut-Off Date | August 18, 2021 | UNCHANGED |
| Amending Pleadings or Adding Parties | May 20, 2021 | UNCHANGED |
| Rule 26(a)(2) Initial Disclosures | June 19, 2021 | UNCHANGED |
| Rule 26(a)(2) Rebuttal Disclosures | July 16, 2021 or 30 days after the initial disclosure of experts | August 2, 2021 |
| Dispositive Motions | September 17, 2021 | UNCHANGED |
| Pre-Trial Order | September 17, 2021 or 30 days after the decision on any dispositive motions (whichever is later) | UNCHANGED |

256053149v.1

| | |
|---|---|
| Dated: June 30, 2021 | Dated: June 30, 2021 |
| HICKS & BRAISER, PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| /s/*Alison Braiser* <br> Alison Braiser <br> Nevada Bar No. 10522 <br> 2630 South Jones Boulevard <br> Las Vegas, NV 89146 <br> *Attorneys for Plaintiff* | /s/*I-Che Lai* <br> Karen L. Bashor <br> Nevada Bar No. 11913 <br> I-Che Lai <br> Nevada Bar No. 12247 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, Nevada 89119 <br> *Attorneys for Defendant* <br> *Samsung Electronics America, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2021

4

256053149v.1