Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, Nevada 89119
Tel.: (702) 727-1400
Attorneys for Defendant
Samsung Electronics America, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Lancaster, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS, CO. LTD. DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00794-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND**
**SCHEDULING ORDER DEADLINES [ECF NOS. 13, 19]**
**(Third Request to Extend Pre-Trial Deadlines)**

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, 26-1, and 26-3, plaintiff Robert Lancaster and defendant Samsung Electronics America, Inc. hereby stipulate and agree to extend discovery to December 31, 2021. This is the third stipulation to extend this deadline. (*See* ECF Nos. 13, 16, 19.) The extension is necessary to accommodate the additional time Defendant needed to respond to Plaintiff's discovery requests and to explore issues raised in the parties' rebuttal expert reports, served by Plaintiff on July 29, 2021 and by Defendant on August 2, 2021.

. . .

. . .

1

257313607v.2

A.     **Discovery Completed to Date**

The parties held the Rule 26(f) conference on March 4, 2021 and submitted the stipulated discovery plan and proposed scheduling order on March 12, 2021. This Court approved the discovery plan on March 12, 2021. Since then, the parties completed the following discovery:

1. Plaintiff has served his initial disclosures, including supplements.
2. Defendant has served its initial disclosures, including supplement.
3. Defendant has served its first set of interrogatories and requests for production to Plaintiff.
4. Plaintiff has served his responses to Defendant's first set of interrogatories and requests for production.
5. Defendant has completed an inspection of the phone and battery at issue in this case.
6. Defendant has taken Plaintiff's deposition.
7. Plaintiff has served his Rule 26(a)(2) Initial Disclosures.
8. Defendant has served its Rule 26(a)(2) Initial Disclosures.
9. Plaintiff has served his Rule 26(a)(2) Rebuttal Disclosures.
10. Plaintiff has served his Rule 26(a)(2) Rebuttal Disclosures.
11. Plaintiff has served his first set of requests for admission, interrogatories, and request for production to Defendant.
12. Defendant's responses to Plaintiff's first set of requests for admission, interrogatories, and requests for production to Defendant.

B.     **DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties expect that they may need to conduct some or all of the following discovery if they are unable to reach a mutually agreeable settlement:

1. A second inspection of the battery at issue in this case.

2

257313607v.2

2. Deposition of Defendant's Rule 30(b)(6) witness and experts.

3. Any additional records to be obtained during discovery.

**C.     REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS**

The requested extension is necessary to accommodate the parties' need for extra time to complete discovery. Defendant had needed additional time to respond to discovery requests. More importantly, the parties' rebuttal expert reports raised additional issues that needed to be explored in discovery. For example, there is a question about the integrity of the battery at issue in this case, and a second inspection will be helpful in answering that question. Lastly, the requested extension will assist with the parties' scheduling of expert deposition and Defendant's Fed. R. Civ. P. 30(b)(6) deposition, which will likely take place after the inspection. The current August 18, 2021 discovery cut-off date does not provide sufficient time for the completion of discovery. Accounting for the difficulties presented by the COVID-19 delta variant, the parties believe that they can complete discovery by December 31, 2021. This shows good cause for the requested extension of the pre-trial deadlines.

**D.     PROPOSED DISCOVERY SCHEDULE**

Pursuant to LR 26-4, the parties propose to extend the pre-trial deadlines as follows:

|  | **Original Deadline** | **Proposed Extended Deadline** |
|---|---|---|
| Discovery Cut-Off Date | August 18, 2021 | December 31, 2021 |
| Amending Pleadings or Adding Parties | May 20, 2021 | UNCHANGED |
| Rule 26(a)(2) Initial Disclosures | June 19, 2021 | UNCHANGED |
| Rule 26(a)(2) Rebuttal Disclosures | August 2, 2021 | UNCHANGED |
| Dispositive Motions | September 17, 2021 | January 28, 2022 |
| Pre-Trial Order | September 17, 2021 or 30 days after the decision on any dispositive motions (whichever is later) | January 28, 2022 or 30 days after the decision on any dispositive motions (whichever is later) |

3

257313607v.2

Dated: August 18, 2021

HICKS & BRAISER, PLLC

*/s/Alison Braiser*
Alison Braiser
Nevada Bar No. 10522
2630 South Jones Boulevard
Las Vegas, NV 89146
*Attorneys for Plaintiff*

Dated: August 18, 2021

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/Karen L. Bashor*
Karen L. Bashor
Nevada Bar No. 11913
I-Che Lai
Nevada Bar No. 12247
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2021

257313607v.2